Stipulated dismissal with prejudice approved 2/23/18.
/s/ James S. Gwin
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WILLIAMS, | ) | CASE NO: 1:17CV01217 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | **NOTICE OF SETTLEMENT** |
| | ) | **AND DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| DOWNTOWN TIRE & CAR CARE, LLC | ) | |
| ET AL | ) | |
| Defendants. | ) | |

Now comes Plaintiff, Christopher Williams, by and through counsel, and hereby serves notice that the above captioned matter has been settled and is being dismissed with prejudice. Each party to bear their own costs.

        Respectfully submitted,

        /s/ Christopher P. Wido
        Christopher P. Wido (0090441)
        **THE SPITZ LAW FIRM, LLC**
        25200 Chagrin Boulevard, Suite 200
        Beachwood, Ohio 44122
        Telephone: (216) 291-4744
        Fax: (216) 291-5744
        Email: chris.wido@spitzlawfirm.com

        *Attorney for Plaintiff Christopher Williams*

The Employee's Attorney.™

